# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2016

152983 & (17)(18)

KEITH LUTZ and DORIS LUTZ,
   Plaintiffs-Appellees,

v

JEFFREY TERRITO, D.O, EMMED, P.C.,
KHALIL NASRALLAH, M.D., McLAREN
BAY NEUROLOGY, and BAY REGIONAL
MEDICAL CENTER, d/b/a McLAREN
BAY REGIONAL,
   Defendants-Appellants.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 152983
COA: 328960
Bay CC: 14-003635-NH

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 2, 2015 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The motion for stay of a portion of the trial court's order compelling discovery is GRANTED. The trial court's July 9, 2015 order granting discovery of the stroke care data is stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2016



Clerk

d0126